Wednesday, December 21, 2016

No. 17–0139/AR.   United States, Appellant v. Justin M. Gurczyski, Appellee.   CCA 20160402.   Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals was filed under Rule 22 on this date on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN SUPPRESSING EVIDENCE OF CHILD PORNOGRAPHY A DIGITAL FORENSIC EXAMINER DISCOVERED DURING A SEARCH FOR APPELLEE'S COMMUNICATIONS WITH A CHILD VICTIM.